AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| FOLASHADE ADUFE HORNE | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Jan. 1, 2014 through the present___ in the county of _____ in the

_____ District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1347 | Health Care Fraud |
| 18 U.S.C. § 1035 | Health Care False Statements |

This criminal complaint is based on these facts:

See Attached Affidavit

❑ Continued on the attached sheet.

_____
_Complainant's signature_

Andre Jacobs II, Special Agent, HHS-OIG
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: ___06/22/2020___

_____
_Judge's signature_

City and state: ___Washington, D.C.___          Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_